SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
Robin Winchester
Eric Lechtzin
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs*

**E-filed 5/11/07**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| COY T. BUI, Derivatively on Behalf of Nominal Defendant ULTRATECH, INC.,<br>Plaintiff,<br><br>DANIEL H. BERRY, WILLIAM G. LEUNIS, III, ARTHUR W. ZAFIROPOULO, BRUCE R. WRIGHT, JOHN E. DENZEL, ERIK SMITH, ELLERY R. BUCHANAN, JAMES L. SCHRAM, JOEL F. GEMUNDER, NICHOLAS KONIDARIS, VINCENT F. SOLLITTO, JR., RICK TIMMINS, GREGORY HARRISON, MICHAEL C. CHILD, JOSEPH PARKINSON, KENNETH LEVY, LARRY R. CARTER, and THOMAS D. GEORGE,<br><br>and<br><br>ULTRATECH, INC.,<br>Nominal Defendant. | Case No. 5:07-cv-01349-JF<br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL AND SETTING A SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

*TO BE CONSOLIDATED WITH*

---

| STIP & [PROPOSED] ORDER CONSOL CASES, APPOINTING LEAD DERIV PLTF & LEAD COUNSEL & SCHEDULE FOR FILING OF CONS COMPLAINT | 1 |
|---|---|

| | |
|---|---|
| 1  CHARLES B. EHRENBERG, Derivatively ) <br> on Behalf of Nominal Defendant ) <br> 2  ULTRATECH, INC., ) <br>          Plaintiff, ) <br> 3                                                                ) <br>      v.                                                     ) <br> 4                                                                ) <br>    DANIEL H. BERRY, WILLIAM G. ) <br> 5  LEUNIS, III, ARTHUR W. ) <br>    ZAFIROPOULO, BRUCE R. WRIGHT, ) <br> 6  JOHN E. DENZEL, ERIK SMITH, ) <br>    ELLERY R. BUCHANAN, JAMES L. ) <br> 7  SCHRAM, JOEL F. GEMUNDER, ) <br>    NICHOLAS KONIDARIS, VINCENT F. ) <br> 8  SOLLITTO, JR., RICK TIMMINS, ) <br>    GREGORY HARRISON, MICHAEL C. ) <br> 9  CHILD, JOSEPH PARKINSON, ) <br>    KENNETH LEVY, LARRY R. CARTER, ) <br> 10 and THOMAS D. GEORGE, ) <br>                                                                ) <br> 11     and                                                  ) <br>                                                                ) <br> 12 ULTRATECH, INC., ) <br>                                                                ) <br> 13          Nominal Defendant.  ) | Case No. 5:07-cv-01811-JF |

WHEREAS, there are two related shareholder derivative actions on behalf of nominal defendant Ultratech, Inc. ("Ultratech") pending before this Court:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Bui v. Berry, et al.* | C-07-01349-JF | 03/07/07 |
| *Ehrenberg v. Berry, et al.* | C-07-01811-JF | 03/30/07 |

WHEREAS, the two related Ultratech shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact; and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

WHEREAS, Defendants agree to the consolidation of the above-captioned actions for all purposes and do not oppose the appointment of Lead Plaintiffs and Lead Counsel.

IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**CONSOLIDATION OF ACTIONS**

1.    The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Bui v. Berry, et al.* | C-07-01349-JF | 03/07/07 |
| *Ehrenberg v. Berry, et al.* | C-07-01811-JF | 03/30/07 |

2. The caption of these consolidated actions shall be "*In re Ultratech, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-07-1349-JF. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ULTRATECH, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To: | ) ) ) ) ) ) )   Master File No. 5:07-cv-01349-JF |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:07-cv-01349-JF, *In re Ultratech, Inc. Derivative Litigation.*").

5. A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

1  made in the docket of each individual case in accordance with the regular procedures of the clerk of
2  this Court, except as modified by this Order.

3      6.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"
4  the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No
5  further copies need be filed, and no other docket entries need be made.

6      7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than
7  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall
8  docket such filing on the Master Docket and the docket of each applicable action.

9      8.    When a case which properly belongs as part of *In re Ultratech, Inc. Derivative*
10 *Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge
11 Fogel, the clerk of this Court shall:

12     (a)    Place a copy of this Order in the separate file for such action;

13     (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a
14 copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or
15 their counsel in the newly-filed or transferred case; and

16     (c)    Make an appropriate entry on the Master Docket. This Court requests the
17 assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any
18 case which properly might be consolidated as part of *In re Ultratech, Inc. Derivative Litigation*.

19 **APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL**

20     9.    Plaintiffs, Coy T. Bui and Charles B. Ehrenberg shall be appointed Lead Plaintiffs.

21     10.    The law firm Schiffrin, Barroway, Topaz & Kessler, LLP shall be appointed Lead
22 Counsel for plaintiffs in the consolidated *Ultratech* shareholder derivative actions.

23     11.    Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial
24 and trial procedure and settlement negotiations, and shall make all work assignments in such manner
25 as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or
26 unproductive effort.

27     12.    Lead Counsel shall be responsible for coordination of all activities and appearances
28 on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion,

request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Lead Counsel.

13. Lead Counsel also shall be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

14. Defendants take no position on the appointment of Lead Plaintiffs and Lead Counsel.

15. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

**SCHEDULE**

16. Plaintiffs shall have seven days from the entry of this Order to file a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants, or their counsel, shall constitute sufficient service on that defendant. Plaintiffs shall serve the Consolidated Complaint counsel for defendants, who shall attempt to obtain authority to accept service on each individual defendants' behalf. In the event that counsel is unable to obtain such authority, plaintiffs' counsel will be promptly notified.

17. Each defendant shall answer or otherwise respond to the Consolidated Complaint no later than 30 days from the date of filing. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition no later than 30 days after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so no later than 15 days after service of the opposition.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 10, 2007 | **SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP** |
| 3 | | |
| 4 | | /s/ Robin Winchester<br>ROBIN WINCHESTER |
| 5 | | 280 King of Prussia Road |
| 6 | | Radnor, PA  19087<br>Telephone:  610/667-7706<br>610/667-7056 (fax) |
| 7 | | |
| 8 | DATED: May 10, 2007 | **MORRISON & FOERSTER, LLP** |
| 9 | | /s/ Ken Kuwayti |
| 10 | | DARRYL P. RAINS<br>KEN KUWAYTI |
| 11 | | 755 Page Mill Road |
| 12 | | Palo Alto, CA 94304-1018<br>Telephone: 650/813-5600<br>650/494-0792 (fax) |

\*   \*   \*

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/11/07

UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

**Attestation Pursuant To General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of May, 2007 at Walnut Creek, California.

/s/   Alan R. Plutzik