efiled 6/11/07

1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  Robert M. Bramson, Of Counsel (Bar No. 102006)
   L. Timothy Fisher, Of Counsel (Bar No. 191626)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
4  Telephone: (925) 945-0770
   Facsimile: (925) 945-8792
5
   -and-
6
   Eric L. Zagar
7  Eric Lechtzin
   J. Daniel Albert
8  280 King of Prussia Road
   Radnor, PA 19087
9  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
10
11 *Lead Counsel for Plaintiffs*

12            **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN JOSE DIVISION**

15 In re ULTRATECH, INC. DERIVATIVE      )
   LITIGATION                            )   Master File No. 5:07-cv-01349-JF
16                                       )
                                         )
17 This Document Relates To:             )   STIPULATION AND [PROPOSED]
                                         )   ORDER TO VOLUNTARILY
18     ALL ACTIONS                       )   DISMISS THE ACTION
                                         )   WITHOUT PREJUDICE
19                                       )
                                         )
20 ──────────────────────────────────────)

21      WHEREAS, two related shareholder derivative actions on behalf of nominal defendant

22 Ultratech, Inc. ("Ultratech") were filed in this Court:

23 | **Abbreviated Case Name** | **Case Number** | **Date Filed** |
   |---|---|---|
24 | *Bui v. Berry, et al.* | C-07-01349-JF | 03/07/07 |
   | *Ehrenberg v. Berry, et al.* | C-07-01811-JF | 03/30/07 |
25
        WHEREAS, pursuant to a stipulation of the parties, on May 11, 2007, this Court entered an
26
   Order consolidating these cases under the caption "*In re Ultratech, Inc. Derivative Litigation,*" under
27
   docket number Master File No. 5:07-cv-01349-JF, and appointing plaintiffs Coy T. Bui and Charles
28

1  B. Ehrenberg as Lead Plaintiffs and the law firm of Schiffrin Barroway Topaz & Kessler, LLP as

2  Lead Counsel;

3  WHEREAS, on May 18, 2007, Lead Plaintiffs sought an extension until May 29, 2007, to

4  file their Consolidated Complaint;

5  WHEREAS, on May 21, 2007, this Court entered an Order granting Lead Plaintiffs the

6  requested extension to file their Consolidated Complaint on May 29, 2007;

7  WHEREAS, following a presentation by Defendants' counsel concerning the internal

8  investigation undertaken by a special committee of the Ultratech Board of Directors and after

9  conducting further investigation, Lead Plaintiffs have determined not to pursue this action;

10  WHEREAS, Fed. R. Civ. P. 41(a)(1) authorizes Plaintiffs to voluntarily dismiss an action,

11  without prejudice, "by filing a stipulation of dismissal signed by all parties who have appeared in the

12  action;"

13  WHEREAS, the parties agree to a binding non-disparagement provision pursuant to the

14  dismissal;

15  IT IS STIPULATED AND AGREED by the parties, through their respective counsel, that:

16     1.    Pursuant to Fed. R. Civ. P. 41(a)(1) this action shall be dismissed without prejudice;

17     2.    Defendants agree that they, their agents and attorneys will publicly represent only that

18  the above-captioned action was "voluntarily dismissed by Plaintiffs" and was "without merit."

19

20

21

22

23

24

25

26

27

28

1

DATED: June 6, 2007

**SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP**

2

3

4

ERIC L. ZAGAR
ERIC LECHTZIN
J. DANIEL ALBERT

5

6

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

7

8

DATED: June 6, 2007

**MORRISON & FOERSTER, LLP**

9

10

/s/ Ken Kuwayti
DARRYL P. RAINS (Bar No. 104802)
KEN KUWAYTI (Bar No. 145384)

11

12

755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650/813-5600
650/494-0792 (fax)

13

14   X

15   X

16   X

17   X

18   X

\*      \*      \*

19

**O R D E R**

20

PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22

23

DATED: 6/8/07

24

UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

25

26

27

28